# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Samantha Rose Jangula, | ) | Case No. 1:17-cr-164 |
| | ) | |
| Defendant. | ) | |

Defendant is currently in custody awaiting trial. She is being housed in the McLean County Detention Center in Washburn, North Dakota. On September 8, 2017, she filed a "Motion to Change Conditions of Bound and Release Client to Sharehouse, Fargo, ND." She advises that she been deemed eligible for admission to Share House, and drug and alcohol rehabilitation center located in Fargo, North Dakota. She requests that she be released to her attorney on September 12, 2017, for transport to Share House.

The court **GRANTS** defendant's motion (Doc. No. 122). Defendant shall be released to her attorney no earlier than 6:00 a.m. on September 12, 2017, for transport to Share House. Upon her arrival at Share House, defendant shall be released subject to the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall report to the Pretrial Services Office at such times and in such manner as designated by the supervising officer.

(4) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute,

1

unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(5) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by the Pretrial Services Officer at the request the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(6) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(7) Defendant shall reside at Share House, comply with all of its rules and regulations, and fully participate in its treatment program. Upon her arrival at and admission to Share House, defendant shall immediately contact Pretrial Services Officer Heather Achetenberg-Heck at (701) 297-7218.

(8) Defendant shall sign all releases of information so that the Pretrial Services Officer can monitor her progress and participation in Share House's treatment program.

(9) At least four days before completion of, or upon termination from, Share House's treatment program, defendant shall contact the Pretrial Services Officer to discuss her living arrangements.

(10) Upon her discharge from Share House, defendant shall reside at a residence approved

by the Pretrial Services Officer and not change this residence without permission from the Pretrial Services Officer. If the Pretrial Services Officer determines that defendant is in need of a placement in a residential facility, defendant shall voluntarily report to the designated facility, comply with the facility's rules and regulations, and participate in all recommended programming. If the Pretrial Services Officer does not approve of defendant's proposed residence and determines either that the residential facility lacks space for defendant or that a placement of defendant at a residential facility is inappropriate, defendant shall report to the United States Marshal's office in Fargo with the understanding that she shall be detained pending further order of the court.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2017.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court