# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION FOR** |
| ) | **PRE-SENTENCE RELEASE** |
| vs. ) | |
| ) | |
| Samantha Rose Jangula, ) | Case No. 1:16-cr-208 |
| ) | |
| Defendant. ) | |

Defendant's is currently in custody awaiting trial. She is being housed in the Stutsman County Correctional Center. On November 6, 2017, she filed a "Motion to Change Conditions of Bond and Release Client to Prairie St. John's, Fargo, ND." Therein she requests to be released on November 7, 2017, for transport to Prairie St. John's in Fargo, North Dakota, for treatment. The Government has advised that it has no objection to defendant's motion.

Accordingly, the Court **GRANTS** defendant's motion (Docket No. 153). Defendant shall be released no earlier than 7:00 a.m. on November 7, 2017.[1] Defendant shall report to Prairie St. John's by 10:00 a.m. on November 7, 2017. The court further **ORDERS**:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall report to the Pretrial Services Office at such times and in such manner as designated by the supervising officer.

(4) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic

---

[1] Defendant has apparently made her own arrangements for transport to Prairie St. John's. In granting defendant's motion, the court is not necessarily authorizing the reimbursement of or payment for expenses incurred and time spent transporting defendant to Prairie St. John's.

1

drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(5) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by the Pretrial Services Officer at the request the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(6) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(7) Defendant shall reside at Prairie St. John's, comply with all of its rules and regulations, and fully participate in its treatment program. Upon her arrival at and admission to Prairie St. John's, defendant shall immediately contact Pretrial Services Officer Heather Achtenberg-Heck at (701) 297-7218.

(8) Defendant shall sign all releases of information so that the Pretrial Services Officer can monitor her progress and participation in Prairie St. John's treatment program.

(9) At least four days before completion of, or upon termination from, Prairie St. John's treatment program, defendant shall contact the Pretrial Services Officer to discuss her living arrangements

(10) Upon her discharge from Prairie St. John's, defendant shall reside at a residence approved by the Pretrial Services Officer and not change this residence without permission from the Pretrial Services Officer. If the Pretrial Services Officer determines that defendant is in need of a placement in a residential facility, defendant shall voluntarily report to the designated facility, comply with the facility's rules and regulations, and participate in all recommended programming. If the Pretrial Services Officer does not approve of defendant's proposed residence and determines either that the residential facility lacks space for defendant or that a placement of defendant at a residential facility is inappropriate, defendant shall report to the United States Marshal's office in Fargo with the understanding that she shall be detained pending further order of the court.

Dated this 6th day of November, 2017.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court